# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDDIE JAMES THOMAS, JR.,

    Petitioner,

vs.

JAMES BENEDETTI, et al.,

    Respondents.

Case No. 3:09-CV-00455-HDM-(RAM)

**ORDER**

    The Court directed Petitioner to show cause why this action should not be dismissed because he did not exhaust his available state-court remedies for all of his grounds. Order (#3). Petitioner has submitted a Motion to Stay (#6), asking the Court to stay the action while he returns to state court to exhaust his remedies there; Petitioner does not dispute the Court's finding that he has not exhausted all of his grounds. There are various methods by which the Court can stay a mixed petition, preserving the grounds that are exhausted while a person returns to state court to litigate the unexhausted grounds. See, e.g., Rhines v. Weber, 544 U.S. 269 (2005); King v. Ryan, 564 F.3d 1133 (9th Cir. 2009). However, in Petitioner's case, all of his grounds are unexhausted. There is nothing left to stay while Petitioner

1 returns to state court.  Under the circumstances, dismissal without
2 prejudice is the appropriate action for the Court to take.
3      IT IS THEREFORE ORDERED that Petitioner's Motion to Stay
4 (#6) is **DENIED**.
5      IT IS FURTHER ORDERED that this action is **DISMISSED**
6 without prejudice for Petitioner's failure to exhaust his available
7 state-court remedies.  The Clerk of the Court shall enter judgment
8 accordingly.
9      DATED: November 30, 2009.

_____
HOWARD D. MCKIBBEN
United States District Judge

-2-