# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE JAMES THOMAS, JR.,<br>    Petitioner,<br>vs.<br>JACK PALMER, et al.,<br>    Respondents. | Case No. 3:09-CV-00455-HDM-(RAM)<br><br>**ORDER** |

Petitioner has submitted a second amended petition (#18). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will serve the second amended petition upon respondents for a response.

IT IS THEREFORE ORDERED, as per prior agreement, that the clerk of court shall add Attorney General Catherine Cortez Masto (listed under Cortez) as counsel for respondents and shall make informal electronic service of this order and the second amended petition (#18) upon respondents by directing a notice of electronic filing to her office. In addition, the clerk shall return to petitioner a copy of the second amended petition (#18).

IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date on which the second amended petition

(#18) was served to answer or otherwise respond to the second amended petition (#18). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

   IT IS FURTHER ORDERED that henceforth, petitioner shall serve upon respondents or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court. Petitioner shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the respondents or counsel for the respondents. The court may disregard any paper received by a district judge or magistrate judge that has not been filed with the clerk, and any paper received by a district judge, magistrate judge, or the clerk that fails to include a certificate of service.

DATED: August 23, 2010

_____
HOWARD D. MCKIBBEN
United States District Judge