1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                           **DISTRICT OF NEVADA**
8
9  EDDIE JAMES THOMAS, JR.,
10       Petitioner,                    Case No. 3:09-CV-00455-HDM-(RAM)
11  vs.                                 **ORDER**
12  JAMES BENEDETTI, et al.,
13       Respondents.
14
15         Petitioner has submitted a fourth amended petition for a
16  writ of habeas corpus pursuant to 28 U.S.C. § 2254 (#27).  The
17  court has reviewed it pursuant to Rule 4 of the Rules Governing
18  Section 2254 Cases in the United States District Courts.
19  Respondents will need to file a response to the fourth amended
20  petition.
21         Petitioner has paid the filing fee twice (#16, #30).  The
22  court will refund him one of those fees.
23         IT IS THEREFORE ORDERED that respondents shall have
24  forty-five (45) days from the date of entry of this order to answer
25  or otherwise respond to the amended petition (#27).  If respondents
26  file and serve an answer, then they shall comply with Rule 5 of the
27  Rules Governing Section 2254 Cases in the United States District
28

Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

    IT IS FURTHER ORDERED that the clerk of the court refund five dollars ($5.00) to petitioner.

    DATED: April 19, 2011.

_____
HOWARD D. MCKIBBEN
United States District Judge

-2-